No. 04–1549. GREEN v. OFFICE OF THE SHERIFF'S OFFICE, CONSOLIDATED CITY OF JACKSONVILLE, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–1550. GILLETTE v. STUCKI. Ct. App. Mich. Certiorari denied.

No. 04–1551. INTERMOUNTAIN SPORTS, INC. v. UTAH DEPARTMENT OF TRANSPORTATION. Ct. App. Utah. Certiorari denied.

No. 04–1553. FLAGG ET UX. v. YONKERS SAVINGS & LOAN ASSN., FA, AKA YONKERS FINANCIAL. C. A. 2d Cir. Certiorari denied.

No. 04–1554. GEORGE v. CITY OF MORRO BAY, CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–1555. HOFFINGER INDUSTRIES, INC., ET AL. v. BUNCH, A MINOR, ET AL. Ct. App. Cal. 3d App. Dist. Certiorari denied.

No. 04–1556. GREENE ET AL. v. BERGER SINGERMAN, P. A., ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1557. CALIFORNIA FEDERAL BANK v. UNITED STATES; and
No. 04–1709. UNITED STATES v. CALIFORNIA FEDERAL BANK. C. A. Fed. Cir. Certiorari denied.

No. 04–1558. LOCKHART v. HOFSTRA UNIVERSITY. C. A. 2d Cir. Certiorari denied.

No. 04–1561. OERTWIG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1563. TAKAHASHI v. LAW OFFICE OF BRIAN K. ROSS. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 04–1565. ANDREJIC v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–1568. NATIONAL LOAN INVESTORS, L. P. v. DENOFA ET AL. C. A. 3d Cir. Certiorari denied.